**93–322.** State v. Gondor. *Portage County*, No. 90–P–2260. On motion for leave to file delayed appeal and on motion for leave to file memorandum in support instanter. Motions granted.

F.E. Sweeney, J., dissents.